## Del Valle *v.* Foote, Juez de Distrito.

Solicitud para que se dicte un auto de *mandamus.*

No. 126.—Resuelto en abril 2, 1907.

Mandamus—Allanamiento del Demandado.—Habiéndose allanado el demandado á las pretensiones del demandante al solicitar que se dicte un auto de *mandamus,* se hace innecesaria su expedición y debe denegarse.

Los hechos están expresados en la opinión.

Abogados del demandante: *Sres. Sweet, Rossy* y *Campillo.*

Abogado del demandado: *Sr. Foote, Juez de Distrito.*

El Juez Asociado Sr. MacLeary, emitió la opinión del tribunal.

Don Manuel del Valle Atiles, representado por sus abogados, hizo solicitud á esta Corte Suprema, en 8 de marzo último, en la que interesaba se expidiera por este tribunal un auto de *mandamus* perentorio, ordenando á la Corte de Distrito de Humacao que oiga la apelación que ante dicha corte tiene interpuesta, de conformidad con la ley, y si lo creyere procedente que se libre una orden á la referida corte de distrito, para que exprese las causas por las cuales no deba citarse el auto de *mandamus* que se interesa, y en todo caso que se ordene también á dicha corte para que la misma ordene á su secretario que tramite la apelación referida con arreglo á la ley, á fin de que sea presentada ante este tribunal para su final resolución.

El mandamiento dirigido al juez de la Corte de Distrito del Distrito Judicial de Humacao para que en el término de ocho días expresara las causas por las cuales no debiera dictarse el auto de *mandamus* interesado, fué librado en el mismo día, ocho de marzo último. La orden fué expedida al juez de la corte de distrito, como procedía de acuerdo con los estatutos que hacen referencia al auto extraordinario de *mandamus.*

Se hizo la notificación por el correo, según dispone el estatuto, y fué diligenciada debidamente por el marshal de esta corte.

El mandamiento dirigido al juez de la Corte de Distrito de Humacao fué contestado en debido tiempo y presentada dicha contestación en esta corte por el Hon. Charles E. Foote, juez de dicha corte de distrito, en la que refiere detalladamente todos los procedimientos habidos ante la referida corte de distrito, haciendo finalmente la siguiente exposición:

"El demandado en este procedimiento está conforme con el fundamento de la petición página 5, que se refiere á que esta corte no puede negar una apelación interpuesta contra una resolución suya.

"La cuestión de que si una orden es ó nó apelable, ó si ha pasado el término hábil para apelar son cuestiones que deben presentarse ante esa Honorable Corte Suprema, como fundamento de una petición de desistimiento de una apelación.

"El demandado en este procedimiento se allana á este fundamento, estimando que la apelación no debió haber sido presentada á la corte en la forma en que lo fué, ni tampoco debió haber sido negada, por lo que en el día de hoy se ha dictado una orden anulando la de fecha de 26 de febrero de 1907, en que se negaba la apelación de las órdenes de 9 de enero y 9 de febrero de este corriente año, y disponiéndose se tramite la apelación.

"Por las razones expuestas, somete el demandado á la consideración de esa honorable corte que el auto de *mandamus* no debe dictarse.

"Humacao, P. R., marzo 16, 1907.—Charles E. Foote, Juez de la Corte de Distrito del Distrito Judicial de Humacao, P. R."

Por cuanto la orden perjudicial ha sido anulada y concedida la apelación por la corte de distrito, el auto perentorio de *mandamus* sería ineficaz, por lo que debe denegarse su expedición.

*Denegada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y Wolf.